482 A.2d 1276

**COMMONWEALTH of Pennsylvania**

v.

**Thomas Arthur FRONINA, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1984.

Decided Nov. 5, 1984.

Lawrence J. Hracho, J. Peter Landis, Reading, for appellant.

George C. Yatron, Dist. Atty., Charles M. Guthrie, Reading, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.